B 25P (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan 

In re: Global Landscape Center, Inc.
        Debtor

Case No. 12-60544

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: April      Date filed: 9/10/12

Line of Business: Landscape      NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Brent Teddy
Printed Name of Responsible Party

| Questionnaire: (All questions to be answered on behalf of the debtor.) | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☒ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)

TOTAL INCOME $9730.64

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $388.04
Cash on Hand at End of Month $4953.86

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL $6315.60

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)

TOTAL EXPENSES $9262.19

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)  $9730.64
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)  $9262.19

(Subtract Line C from Line B)  CASH PROFIT FOR THE MONTH  $468.45

B 25C (Official Form 25C) (12-08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 1240.34

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 3 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|             | Projected    | Actual     | Difference   |
|-------------|--------------|------------|--------------|
| INCOME      | $ 45,000.00  | $ 9730.64  | $ -35,169.36 |
| EXPENSES    | $ 44,915.13  | $ 9262.11  | $ -35,653.97 |
| CASH PROFIT | $ 83.87      | $ 468.45   | $            |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 45,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 44,915.13
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 82.87

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# GLOBAL LANDSCAPE CENTER, INC.
## STATEMENT OF OPERATIONS

|  | 1 Month Ended April 30, 2013 | % |
|---|---:|---:|
| **Income** | | |
| Sales | $ 2,430.64 | 100.00 |
| Total Income | 2,430.64 | 100.00 |
| **Cost of Goods Sold** | | |
| Cost Of Goods Sold | 1,803.96 | 74.22 |
| Total Cost of Goods Sold | 1,803.96 | 74.22 |
| Gross Profit | 626.68 | 25.78 |
| **Operating Expenses** | | |
| Employer Payroll Taxes | (21.08) | -0.87 |
| Insurance | 2,100.62 | 86.42 |
| Legal And Accounting | 815.00 | 33.53 |
| Rents | 4,500.00 | 185.14 |
| Utilities | 222.76 | 9.16 |
| Bank Charges | 400.71 | 16.49 |
| Depreciation | 1,244.18 | 51.19 |
| Total Operating Expenses | 9,262.19 | 381.06 |
| Operating Income (Loss) | (8,635.51) | -355.28 |
| **Other Income (Expense)** | | |
| Other Income | 7,306.00 | 300.58 |
| Total Other Income (Expense) | 7,306.00 | 300.58 |
| Net Income (Loss) Before Taxes | (1,329.51) | -54.70 |
| Net Income (Loss) | $ (1,329.51) | -54.70 |

Restricted for Management's use Only
Please refer to our transmittal letter.
PADGETT BUSINESS SERVICES

Printed: 5/14/13

| | OP ID: CK |
|---|---|
| | DATE (MM/DD/YYYY): 10/03/2012 |

# ACORD EVIDENCE OF PROPERTY INSURANCE

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE OF PROPERTY INSURANCE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| AGENCY | PHONE (A/C, No, Ext): ████████00 | COMPANY |
|---|---|---|
| Capital Insurance Group<br>1263 West Square Lake Road<br>Bloomfield Hills, MI 48302<br>Phillip Hoyt | | Frankenmuth Mutual<br>One Mutual Avenue<br>Frankenmuth, MI 48787-0001 |
| FAX (A/C, No): ████████ | E-MAIL ADDRESS: | |
| CODE: ████████ | SUB CODE: | |
| AGENCY CUSTOMER ID #: GLOBA-3 | | |

| INSURED | | |
|---|---|---|
| Global Landscape Center<br>Brent Teddy<br>12725 Levan Road<br>Livonia, MI 48150 | LOAN NUMBER | POLICY NUMBER<br>CPP6120724 |
| | EFFECTIVE DATE<br>08/27/12 | EXPIRATION DATE<br>08/27/13 |
| | | CONTINUES UNTIL TERMINATED IF CHECKED |
| | THIS REPLACES PRIOR EVIDENCE DATED: | |

## PROPERTY INFORMATION

| LOCATION/DESCRIPTION | |
|---|---|
| 12725 Levan Road<br>Livonia, MI 48150 | Local landscape supply with equipment sales |

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Premises 001 Building 001 | | |
| BPP | 400000 | 1,000.00 |
| STOCK | 300000 | 1,000.00 |
| BI/EE | | |

## REMARKS (Including Special Conditions)

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL _____ DAYS WRITTEN NOTICE TO THE ADDITIONAL INTEREST NAMED BELOW, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

## ADDITIONAL INTEREST

| NAME AND ADDRESS | | |
|---|---|---|
| | MORTGAGEE | ADDITIONAL INSURED |
| | LOSS PAYEE | X Lenders Loss Payee |
| VFS US LLC & its assigns<br>c/o American Lease Insurance<br>654 Amherst Rd. Ste 340<br>Sunderland, MA 01375 | LOAN #<br>502-7590213 | |
| | AUTHORIZED REPRESENTATIVE<br>Phillip Hoyt | |

ACORD 27 (2006/07) © ACORD CORPORATION 1993-2006. All rights reserved.

The ACORD name and logo are registered marks of ACORD

# EVIDENCE OF PROPERTY INSURANCE

OP ID: CK
DATE (MM/DD/YYYY): 10/03/2012

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE OF PROPERTY INSURANCE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**AGENCY**
Capital Insurance Group
1263 West Square Lake Road
Bloomfield Hills, MI 48302
Phillip Hoyt

PHONE (A/C, No, Ext): 248-333-2500

**COMPANY**
Frankenmuth Mutual
One Mutual Avenue
Frankenmuth, MI 48787-0001

CODE: (illegible)
SUB CODE:
AGENCY CUSTOMER ID #: GLOBA-3

**INSURED**
Global Landscape Center
Brent Teddy
12725 Levan Road
Livonia, MI 48150

LOAN NUMBER:
POLICY NUMBER: CPP6120724
EFFECTIVE DATE: 08/27/12
EXPIRATION DATE: 08/27/13
CONTINUES UNTIL TERMINATED IF CHECKED
THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**
12725 Levan Road
Livonia, MI 48150

Local landscape supply with equipment sales

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Premise 001 Building 001 | | |
| BPP | 400000 | 1,000.00 |
| STOCK | 300000 | 1,000.00 |
| BI/EE | | |

## REMARKS (Including Special Conditions)

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL _____ DAYS WRITTEN NOTICE TO THE ADDITIONAL INTEREST NAMED BELOW, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

## ADDITIONAL INTEREST

**NAME AND ADDRESS**

Evidence of Coverage

MORTGAGEE ADDITIONAL INSURED
LOSS PAYEE
LOAN #

AUTHORIZED REPRESENTATIVE
Phillip Hoyt

ACORD 27 (2006/07)   © ACORD CORPORATION 1993-2006. All rights reserved.
The ACORD name and logo are registered marks of ACORD

 Amended

*Standard Workers' Compensation and Employer's Liability Policy*

| CARRIER NUMBER | NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|---|
| 17388 | GLOBAL LANDSCAPE CENTER DEBTOR | WC 6120724 | 08/27/2012 to 08/27/2013 | 0210556 |

Monthly Agency Account  A021055600 001 00001

PAYMENT PLAN NOTICE TO FOLLOW

*THANK YOU FOR LETTING US SERVE YOU!*

AGENT CAPITAL INSURANCE GROUP
1263 W SQUARE LAKE RD
BLOOMFIELD HILLS, MI 48302

0210556 700/0066

## Information Page - Amended Declaration
*NAMED INSURED CHANGED*

EFFECTIVE DATE 10/22/2012

INSURER: Frankenmuth Mutual Insurance Company

ISSUE DATE 10/23/2012

### ITEM 1. Named Insured
GLOBAL LANDSCAPE CENTER DEBTOR
IN POSSESSION
12725 LEVAN RD
LIVONIA, MI 48150

ENTITY OF INSURED    Corporation
FEDERAL EMPLOYER I.D.  **-***7562
AUDIT FREQUENCY    Annual
FILING NUMBER

Group Name   CHAMBER OF COMMERCE MEMBERS (MICHIGAN)

### ITEM 2. Policy Period
08/27/2012 to 08/27/2013   12:01 a.m. Standard Time at the address of the insured as stated herein

### ITEM 3A. Workers' Compensation Insurance
Part One of the policy applies to the Workers' Compensation Law of the states listed here.
MICHIGAN

### ITEM 3B. Employer's Liability Insurance
Part Two of the policy applies to work in each state listed in item 3A. The limits of our liability under Part Two are

| Bodily Injury by Accident | $ | 500,000 | each accident |
| Bodily Injury by Disease | $ | 500,000 | each employee |
| Bodily Injury by Disease | $ | 500,000 | policy limit |

### ITEM 3C. Other States Insurance
Part Three of the policy applies to the states, if any, listed here: All states except North Dakota, Ohio, Washington, Wyoming, and states designated in Item 3A of the Declarations.

### ITEM 3D. Endorsements and Schedules
See attached schedule for a list of endorsements and schedules forming part of this policy

### ITEM 4. Classification of Operations *
The premium for this policy will be determined by our manual of rules, classifications, rates, and rating plans. All information required below is subject to verification and change by audit.

|  | EST ANN PREMIUM |
|---|---|
| SEE THE FOLLOWING ITEM 4 SCHEDULE | $1,351 |
| Premium Discount | $-16 |
| Expense Constant | $225 |
| **TOTAL ESTIMATED ANNUAL PREMIUM** | **$1,560** |
| The Foregoing Amendment Results in a Premium Adjustment of | $0 |
| Minimum Premium | $760 |

*Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy

*Amended* — Standard Workers' Compensation and Employer's Liability Policy — Page 2 of 3

| CARRIER NUMBER | NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|---|
| ~~~~~~ | GLOBAL LANDSCAPE CENTER DEBTOR | ~~~~~~4 | 04/27/2012 to 05/27/2013 | ~~~~~~ |

## ITEM 4. Classification of Operations

| ST | LOC | CODE | TYPE OF RISK | PREM BASIS TOTAL EST ANN REMUN | RATE PER $100 REMUN | EST ANN PREMIUM |
|---|---|---|---|---|---|---|
| MI | 0001 | 7380 | Drivers and/or Chauffeurs NOC Commercial | IF ANY | 9.10 | $0 |
| MI | 0001 | 8010 | Store - Hardware | 82,600 | 2.26 | $1,867 |
| MI | 0001 | 8395 | Automobile Repair Facility | 1,200 | 6.12 | $73 |
| MI | 0001 | 8742 | Salespersons, Collectors or Messengers - Outside | 9,600 | 0.80 | $77 |
| MI | 0001 | 8810 | Clerical Office Employees | 12,500 | 0.38 | $48 |
| | | | SUB-TOTAL | | | $2,065 |
| MI | | 9721 | Group Deviation | | | $-103 |
| MI | | 9807 | Premium for Increased Coverage B Limits | | 1.0% | $20 |
| MI | | 9848 | Additional to Meet Coverage B Minimum Premium | | | $30 |
| MI | | 9898 | Experience Modification | | .8300 | $-342 |
| MI | | 9887 | Schedule Modification and/or Safe Workplace Modification and/or Health Care Credit | | | $-351 |
| | | | PREMIUM FOR MICHIGAN SUBJECT TO PREMIUM DISCOUNT | | | $1,319 |
| MI | | 9740 | Terrorism Risk Insurance Act of 2002 - Certified Losses Terrorism Premium Not Eligible for Premium Discount | 105,900 | .0300 | $32 |
| | | | TOTAL SCHEDULE OF OPERATIONS PREMIUM FOR MICHIGAN | | | $1,351 |

## Additional Named Insureds

| LOCATION | NAME LINK | FEIN | NAME / ADDRESS |
|---|---|---|---|
| 0001 | 001-001 | ~~~~7882 | GLOBAL LANDSCAPE CENTER DEBTOR IN POSSESSION |

## Location(s) Schedule

| LOCATION NUMBER | ADDRESS |
|---|---|
| 0001 | 12725 LEVAN RD LIVONIA, MI WAYNE 48150-1201 |

Amended  Standard Workers' Compensation  Page 2 of 3
and Employer's Liability Policy

| CARRIER NUMBER | NAMED INSURED | POLICY NO | POLICY TERM | AGENT NO. |
|---|---|---|---|---|
| ~~~~ | GLOBAL LANDSCAPE CENTER DEBTOR | ~~~~ | 08/27/2012 to 08/27/2013 | ~~~~ |

## ITEM 4. Classification of Operations

| ST | LOC | CODE | TYPE OF RISK | PREM BASIS TOTAL EST ANN REMUN | RATE PER $100 REMUN | EST ANN PREMIUM |
|---|---|---|---|---|---|---|
| MI | 0001 | 7380 | Drivers and/or Chauffeurs NOC Commercial | IF ANY | 9.10 | $0 |
| MI | 0001 | 8010 | Store Hardware | 82,600 | 2.26 | $1,867 |
| MI | 0001 | 8395 | Automobile Repair Facility | 1,200 | 6.12 | $73 |
| MI | 0001 | 8742 | Salespersons, Collectors or Messengers - Outside | 9,600 | 0.80 | $77 |
| MI | 0001 | 8810 | Clerical Office Employees | 12,500 | 0.38 | $48 |
|  |  |  | SUB-TOTAL |  |  | $2,065 |
| MI |  | 9721 | Group Deviation |  |  | $-100 |
| MI |  | 9807 | Premium for Increased Coverage B Limits |  | 1.0% | $20 |
| MI |  | 9848 | Additional to Meet Coverage B Minimum Premium |  |  | $30 |
| MI |  | 9898 | Experience Modification |  | .8300 | $-342 |
| MI |  | 9887 | Schedule Modification and/or Safe Workplace Modification and/or Health Care Credit |  |  | $-351 |
|  |  |  | PREMIUM FOR MICHIGAN SUBJECT TO PREMIUM DISCOUNT |  |  | $1,319 |
| MI |  | 9740 | Terrorism Risk Insurance Act of 2002 - Certified Losses Terrorism Premium Not Eligible for Premium Discount | 105,900 | 0.030 | $32 |
|  |  |  | TOTAL SCHEDULE OF OPERATIONS PREMIUM FOR MICHIGAN |  |  | $1,351 |

## Additional Named Insureds

| LOCATION | NAME LINK | FEIN | NAME / ADDRESS |
|---|---|---|---|
| 0001 | 001-001 | ~~~7582 | GLOBAL LANDSCAPE CENTER DEBTOR IN POSSESSION |

## Location(s) Schedule

| LOCATION NUMBER | ADDRESS |
|---|---|
| 0001 | 12725 LEVAN RD LIVONIA, MI WAYNE 48150-1201 |

| CARRIER NUMBER | NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|---|
| | GLOBAL LANDSCAPE CENTER DEBTOR | | 06/27/2012 to 06/27/2013 | |

## Endorsement Schedule

| STATE | FORM NUMBER | EDITION DATE | TITLE |
|---|---|---|---|
| MI | WC000000B | 0711 | Workers Compensation & Employers Liability Ins Policy |
| MI | WC000306 | 0484 | Partners, Officers & Others Exclusion Endorsement |
| MI | WC000403 | 0484 | Experience Rating Modification Factor Endorsement |
| MI | WC000404 | 0484 | Pending Rate Change Endorsement |
| MI | WC000406A | 0795 | Premium Discount Endorsement |
| MI | WC000414 | 0790 | Notification of Change in Ownership Endorsement |
| MI | WC000419 | 0101 | Premium Due Date Endorsement |
| MI | WC000422A | 0908 | Terrorism Risk Ins Prog Reauth Act Disclosure Endt |
| MI | WC210303 | 0697 | Michigan Notice to Policyholder Endorsement |
| MI | WC210304 | 0484 | Michigan Law Endorsement |
| MI | 05671 | 0710 | Membership Information |
| MI | 05826 | 0710 | Witness Clause |


## SCHEDULE MODIFICATION

MICHIGAN Schedule Modification and/or Safe Workplace Modification and/or Health Care Credit       7900       -.351

FM-743(1-96)

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



GLOBAL LANDSCAPE CENTER INC
12725 LEVAN RD
LIVONIA MI 48150-1201

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington Free Business Checking Account      Account: ████2812

| Statement Activity From: 04/01/13 to 04/30/13 | | Beginning Balance | $124.91 |
|---|---|---|---|
| | | Credits (+) | 1,025.93 |
| | | Electronic Deposits | 1,025.93 |
| Days in Statement Period | 30 | Debits (-) | 700.71 |
| | | Electronic Withdrawals | 200.71 |
| Average Ledger Balance* | 176.17 | Other Debits | 500.00 |
| Average Collected Balance* | 176.17 | Total Service Charges (-) | 0.00 |
| * The above balances correspond to the service charge cycle for this account | | Ending Balance | $450.13 |

## Other Credits (+)      Account: ████2812

| Date | Amount | Description |
|---|---|---|
| 04/04 | 158.68 | HUNT MERCH SVCS DEPOSIT ████ |
| 04/12 | 225.80 | HUNT MERCH SVCS DEPOSIT ████ |
| 04/15 | 59.85 | HUNT MERCH SVCS FEE ████ |
| 04/15 | 6.80 | HUNT MERCH SVCS DEPOSIT ████ |
| 04/22 | 19.08 | HUNT MERCH SVCS DEPOSIT ████ |
| 04/23 | 131.00 | HUNT MERCH SVCS DEPOSIT ████ |
| 04/26 | 28.58 | HUNT MERCH SVCS DEPOSIT ████ |
| 04/29 | 336.05 | HUNT MERCH SVCS DEPOSIT 1████ |

## Other Debits (-)      Account: ████2812

| Date | Amount | Description |
|---|---|---|
| 04/02 | 40.36 | HUNT MERCH SVCS FEE ████ |
| 04/02 | 1.46 | HUNT MERCH SVCS INTERCHNG ████ |
| 04/02 | 0.19 | HUNT MERCH SVCS DISCOUNT ████ |
| 04/10 | 200.00 | INTERNET TFR TO CHECKING ████22 |
| 04/16 | 158.68 | HUNT MERCH SVCS DEPOSIT 1████00 |
| 04/23 | 300.00 | INTERNET TFR TO CHECKING 0████2 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ▥® and Huntington® are federally registered service marks of Huntington Bancshares Incorporated. ©2013 Huntington Bancshares Incorporated.

12-60544-wsd    Doc 61    Filed 06/03/13    Entered 06/03/13 18:53:21    Page 13 of 16



## Service Charge Summary

Account: ●●●●2812

Previous Month Service Charges (-)   $0.00
Total Service Charges (-)            $0.00

## Balance Activity

Account: ●●●●2812

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03-31 | 124.91 | 04/12 | 267.36 | 04/23 | 25.50 |
| 04/02 | 82.88 | 04/15 | 334.10 | 04/26 | 54.08 |
| 04/04 | 241.56 | 04/16 | 175.42 | 04/29 | 450.13 |
| 04/10 | 41.56 | 04/22 | 194.50 | | |

In the Event of Errors or Questions Concerning Electronic Fund Transfers (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1556, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

Verification of Electronic Deposits - If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001

Balancing Your Statement - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



GLOBAL LANDSCAPE CENTER INC
12-60544
12725 LEVAN RD
LIVONIA MI 48150-1201

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Free Business Checking Account*    *Account:* ▓▓▓2922

| Statement Activity From:<br>04/01/13 to 04/30/13 | | Beginning Balance | 5263.13 |
|---|---|---|---|
| | | Credits (+) | 8,326.08 |
| | | Regular Deposits | 7,805.00 |
| Days in Statement Period | 30 | Electronic Deposits | 21.08 |
| | | Other Credits | 500.00 |
| Average Ledger Balance* | 3,118.34 | Debits (-) | 4,085.48 |
| Average Collected Balance* | 3,118.34 | Regular Checks Paid | 1,871.26 |
| | | Other Debits | 2,214.20 |
| * The above balances correspond to the | | Total Service Charges (-) | 0.00 |
| service charge cycle for this account. | | Ending Balance | $4,503.73 |

## *Deposits (+)*    *Account:* ▓▓▓2922

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 04/10 | 5,300.00 | | Brch/ATM | 04/29 | 505.00 | | Brch/ATM |
| 04/29 | 2,000.00 | | Brch/ATM | | | | |

## *Other Credits (+)*    *Account:* 01▓▓▓2922

| Date | Amount | Description |
|---|---|---|
| 04/10 | 200.00 | INTERNET TFR FRM CHECKING ▓▓▓▓▓ |
| 04/23 | 300.00 | INTERNET TFR FRM CHECKING ▓▓▓▓12 |
| 04/24 | 21.08 | ADP TX/FINCL SVC ADP - TAX ▓▓▓▓ |

## *Checks (-)*    *Account:* ▓▓▓2922

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/03 | 165.00 | 3284 | 04/12 | 5.97 | 3286 |
| 04/15 | 1,050.31 | 3285 | 04/29 | 650.00 | 3288* |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

Investments are offered through the Huntington Investment Company, Registered Investment Adviser, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ▓ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.   ©2013 Huntington Bancshares Incorporated.



## Other Debits (-)  *Account: ████2922*

| Date | Amount | Description |
|---|---|---|
| 04/23 | 543.13 | VOLVO FINANCI PAYMENT |
| 04/23 | 222.76 | BRIGHT HOUSE PAYMENT |
| 04/26 | 1,050.31 | CAPITAL INSUR PAYMENT |

## Service Charge Summary  *Account: ████2922*

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

## Balance Activity  *Account: ████2922*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 263.13 | 04/12 | 5,592.16 | 04/24 | 3,699.04 |
| 04/03 | 98.13 | 04/15 | 4,541.85 | 04/26 | 2,646.73 |
| 04/10 | 5,598.13 | 04/23 | 3,677.86 | 04/29 | 4,503.73 |

In the Event of Errors or Questions Concerning Electronic Fund Transfers (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558 Columbus, Ohio 43216 as soon as you can. If you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

Verification of Electronic Deposits  If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

Balancing Your Statement - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.